| | | |
|---|---|---|
| People v Rivera (Anthony) | 1st Dept: 146 AD3d 421 (NY) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Robles | App Term, 1st Dept: 54 Misc 3d 134(A) (NY) | denied 4/3/17 (Stein, J.) |
| People v Rosario | 1st Dept: 147 AD3d 646 (NY) | denied 4/20/17 (DiFiore, Ch. J.) |
| People v Rudenko | App Div, 2d Dept: 2017 NY Slip Op 60476(U) (Kings) | dismissed 4/6/17 (Abdus-Salaam, J.) |
| People v Salas | 4th Dept: 147 AD3d 1541 (Erie) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Sanchez | App Div, 1st Dept: 2016 NY Slip Op 84825(U) (Bronx) | dismissed 4/20/17 (Garcia, J.) |
| People v Sebag | 1st Dept: 146 AD3d 430 (NY) | denied 4/4/17 (Fahey, J.) |
| People v Sims | 2d Dept: 146 AD3d 820 (Suffolk) | denied 4/20/17 (Garcia, J.) |
| People v Sin | 3d Dept: 143 AD3d 1150 (Schenectady) | denied 4/27/17 (DiFiore, Ch. J.) |
| People v Sincere | 3d Dept: 143 AD3d 1150 (Schenectady) | denied 4/27/17 (DiFiore, Ch. J.) |
| People v Slattery | 2d Dept: 147 AD3d 788 (Suffolk) | denied 4/20/17 (Fahey, J.) |
| People v Smith | 2d Dept: 147 AD3d 791 (Dutchess) | denied 4/24/17 (DiFiore, Ch. J.) |
| People v Spencer | 1st Dept: 146 AD3d 731 (NY) | denied 4/18/17 (DiFiore, Ch. J.) |
| People v Stahl | 3d Dept: 141 AD3d 962 (Essex) | denied reconsideration 4/13/17 (Fahey, J.) |
| People v Stokes | 3d Dept: 141 AD3d 1032 (Albany) | denied reconsideration 4/27/17 (DiFiore, Ch. J.) |
| People v Striplin | App Div, 1st Dept: 2015 NY Slip Op 87200(U) (Bronx) | denied 4/20/17 (Garcia, J.) |
| People v Swick | 4th Dept: 147 AD3d 1346 (Livingston) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Thomas (Cynthia) | 2d Dept: 148 AD3d 734 (Suffolk) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Thomas (Shane) | 1st Dept: 147 AD3d 425 (Bronx) | denied 4/20/17 (Fahey, J.) |
| People v Thompson | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 54 Misc 3d 137(A) (Richmond) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Toledo | 3d Dept: 144 AD3d 1332 (Montgomery) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Torres | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 54 Misc 3d 139(A) (Queens) | denied 4/24/17 (DiFiore, Ch. J.) |